**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

ABDARAHMANE DIA,                    )
                                    )
    Petitioner,                     )
                                    )
v.                                  )    Case No. CIV-26-219-SLP
                                    )
MARY DE ANDA-YBARRA, et al.,        )
                                    )
    Respondents.                    )

## J U D G M E N T

In accordance with the Court's Order entered this same date, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is GRANTED in PART.  As directed in the Order, Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release Petitioner.

ENTERED this 18th day of March, 2026.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE